Gregor A. Hensrude, WSBA #45918
ghensrude@klinedinstlaw.com
KLINEDINST PC
701 Fifth Avenue, Suite 4150
Seattle, WA 98104
(206) 682-7701

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JANET MURPHY, | No. |
| Plaintiff, | NOTICE OF REMOVAL |
| v. | |
| HOBBY LOBBY STORES, INC., an Oklahoma corporation, d/b/a, and HOBBY LOBBY STORES, INC. STORE #0528, | |
| Defendants. | |

TO: THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WASHINGTON:

Defendant HOBBY LOBBY STORES, INC., an Oklahoma corporation, pursuant to 28 U.S.C. § 1332, hereby gives notice of the removal of the above-captioned action from the Superior Court of the State of Washington, County of Douglas to this Court. This removal is based upon the following grounds:

NOTICE OF REMOVAL - 1

KLINEDINST PC
701 Fifth Avenue, Suite 4150
Seattle, Washington 98104
Telephone: (206) 682-7701

## I. SUMMARY OF PLEADINGS

On or around January 13, 2021, Plaintiff Janet Murphy filed a complaint against the removing defendant, in the Douglas County Superior Court. A true and correct copy of the complaint, including declarations of service on defendants, has been attached hereto as Exhibit A. There are currently no other filed pleadings, but all other filed pleadings shall be submitted to the court per 28 U.S.C. §1446(a).

Hobby Lobby is the sole defendant in this matter, and having received service of this matter, herein seeks removal.

## II. NATURE OF THE COMPLAINT

The complaint states a single cause of action in negligence against Hobby Lobby, alleging Plaintiff sustained injuries on the company's premises.

## III. STATEMENT OF JURISDICTION

This court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332 because (1) there is complete diversity of citizenship, (2) the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and cost, and (3) all other requirements for removal have been satisfied.

**a.    Diversity of Citizenship**

For purposes of diversity jurisdiction, a corporation is "a citizen of every State and foreign state by which it has been incorporated and of the State or foreign

state where it has its principal place of business…" 28 U.S.C. §1332(c)(1). Therefore, Hobby Lobby is a citizen of Oklahoma, and Plaintiff is a citizen of Washington.

### b.     Amount in Controversy

"[A] defendant's notice of removal need include only a plausible allegation that the amount in controversy exceeds the jurisdictional threshold." *Dart Cherokee Basin Operating Co., LLC v. Owens*, 135 S. Ct. 547, 554 (2014). "[W]hen a defendant seeks federal-court adjudication, the defendant's amount-in-controversy allegation should be accepted when not contested by the plaintiff or questioned by the court." *Id.* at 553. In determining whether the amount in controversy is satisfied, the Court may consider compensatory and statutory damages, as well as punitive damages. *See Campbell v. Hartford Life Ins. Co.*, 825 F. Supp. 2d 1005, 1008-09 (E.D. Cal. 2011).

Here, Plaintiff alleges sustaining severe injuries, and seeks both special and general damages. Similar allegations and cases have resulted in settlements and jury verdicts which exceed $75,000.[1] Further, Hobby Lobby sent correspondence

---

[1] *Dirk H. Fieldcamp v. The City of Mukilteo et. al.*, Snohomish County Cause No.98-2-00243-1. Plaintiff, male age 44, Civic Interface Manager for Boeing.

to Plaintiff requesting confirmation that she seeks less than $75,000 in damages, and Plaintiff has failed to respond. This omission sends a clear signal that Plaintiff intends to seek at a minimum in excess of $75,000.

## IV.  TIMELINESS OF REMOVAL

A notice of removal must be filed within 30 days after service of the pleading which makes the defendant become a party to the state action. (28 U.S.C. § 1446(b).)  The thirty-day period for removal does not begin to run until a party has received a copy of the Complaint and has been properly served. (See *Murphy Brothers, Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S.344, 347-48 (1999).)

Hobby Lobby was served with a copy of the summons and complaint on January 30, 2021. Therefore, this Notice of Removal is timely filed under 28 U.S.C. § 1446(b). A response to Plaintiff's complaint will be timely filed in the

---

Plaintiff contended while returning documents to the City of Mukilteo's office, upon leaving the office he stepped off the concrete onto the wet, painted asphalt surface, causing him to slip and fall. Defendant City of Mukilteo was a lessee of the property. Defendants Aileen Chuck and The Hawaiian Trust Co., Ltd., were owners and lessors of the property. Defendants contended the accident was the fault of Plaintiff. Result: $150,000 award.

NOTICE OF REMOVAL - 4

KLINEDINST PC
701 Fifth Avenue, Suite 4150
Seattle, Washington 98104
Telephone: (206) 682-7701

1  United States District Court pursuant to Rule 81(c) of the Federal Rules of Civil
2  Procedure.
3
4       DATED this 18th day of February, 2021.
5                              KLINEDINST PC

By *s/ Gregor A. Hensrude*
   Gregor A. Hensrude, WSBA #45918
   Attorneys for Defendants
   Klinedinst PC
   701 Fifth Avenue, Suite 4150
   Seattle, WA 98104
   Telephone: (206) 682-7701
   Fax: (206) 682-7449
   Email: ghensrude@klinedinstlaw.com

# CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice. I hereby certify that I also sent a courtesy copy via email to:

***Attorneys for Plaintiff:***

Corey M. Kane, WSBA #49710
Lacy Kane & Kube, P.S.
300 Eastmont Avenue
East Wenatchee, WA 98802
Email: corey@lacykane.com

DATED this 18th day of February, 2021, at Seattle, Washington.

*/s/ Megan Johnston*
Megan Johnston, Legal Assistant
Klinedinst PC
701 Fifth Avenue, Suite 4150
Seattle, WA 98104
(206) 682-7701
mjohnston@klinedinstlaw.com