# EXHIBIT A

**FILED**

4    JAN 1 3 2021

TRISTEN WORTHEN
DOUGLAS COUNTY CLERK
WATERVILLE, WA
BY_____DEPUTY

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF DOUGLAS

| JANET MURPHY, | No. **21-2-00007-09** |
|---|---|
| Plaintiff, | |
| v. | COMPLAINT |
| HOBBY LOBBY STORES, INC., an Oklahoma corporation, d/b/a, and HOBBY LOBBY STORES, INC. STORE #0528, | |
| Defendants. | |

Plaintiff Janet Murphy, for cause of action against Defendants Hobby Lobby Stores, Inc.,

d/b/a, and, Hobby Lobby Stores, Inc. Store #0528, alleges and states as follows:

## I. JURISDICTION

1.1    The incident complained of occurred in East Wenatchee, Douglas County,

Washington.

## II. PARTIES

2.1    <u>Plaintiff.</u> Janet Murphy (Murphy) was at all times material hereto a resident of

Wenatchee, Chelan County, Washington.

COMPLAINT                                         - 1
c4:Z:\MURPHY-J.PI\PLEADINGS\Complaint.docx



**LACY KANE & KUBE**
300 Eastmont Avenue
East Wenatchee, WA 98802
(509) 884-9541 ◆ FAX: (509) 884-4805

2.2    <u>Defendants.</u> Hobby Lobby Stores, Inc. (Hobby) is a corporation existing under the laws of the State of Oklahoma, doing business for profit as Hobby Lobby Stores, Inc. Store #0528, in the State of Washington, specifically Douglas County, and is subject to the jurisdiction of this court.

### III. FACTS

3.1    Hobby is a retail store located at 10 Grant Road, in East Wenatchee, Washington.

3.2    On or about January 22, 2018, Murphy drove to Hobby to shop.

3.3    Ice was present on the walkway of Hobby's entrance.

3.4    No warning or caution signs were present.

3.5    Murphy slipped and fell on the ice while attempting to exit Hobby, sustaining severe injuries.

3.6    On or about January 25, 2018, Murphy filed a claim with Hobby for her injuries suffered because of the fall.

### IV. NEGLIGENCE

4.1    Murphy restates and realleges all prior paragraphs.

4.2    Hobby owed Murphy a duty of care to ensure their entryway was safe to walk on.

4.3    Hobby failed to ensure the entryway was safe to walk on, causing Murphy's fall and ensuing injuries.

4.4    Hobby owed Murphy a duty of care to protect her from dangers it would expect Murphy would not discover or realize, or dangers from which it would expect Murphy to fail to protect herself against.

COMPLAINT
c4:Z:\MURPHY-J.PI\PLEADINGS\Complaint.docx

- 2



LACY KANE & KUBE
300 Eastmont Avenue
East Wenatchee, WA 98802
(509) 884-9541 ◆ FAX: (509) 884-4805

4.5    The slippery walkway presented such a danger or condition, which posed an unreasonable risk.

4.6    Hobby failed to exercise reasonable care to protect Murphy from such danger, to make the condition safe, or to warn Murphy of the danger.

### V. DAMAGES AND CAUSATION

As the direct and proximate result of the negligence of Hobby as stated above, Murphy sustained personal injuries, including special and general damages, as shall be proven at trial.

### VI. REQUEST FOR RELIEF

Murphy requests that the Court grant the following relief:

1.    For judgment against Hobby for damages as set forth in the preceding paragraphs in such amounts as shall be proven at trial, including Murphy's costs and disbursements expended herein; and

2.    Such other and further relief as the Court shall deem just and equitable.

DATED this _____ day of January, 2021.

LACY KANE & KUBE, P.S.



By:_____
    COREY M. KANE, WSBA No. 49710
    Attorney for Plaintiff

LACY KANE & KUBE
300 Eastmont Avenue
East Wenatchee, WA 98802
(509) 884-9541 ◆ FAX: (509) 884-4805

## CERTIFICATION BY PLAINTIFF

I am the Plaintiff in the above-captioned matter; I have read the within and foregoing Complaint, know the contents thereof, and believe the same to be true.



JANET MURPHY

COMPLAINT
c4:Z:\MURPHY-J.PI\PLEADINGS\Complaint.docx

- 4

**LACY KANE & KUBE**
300 Eastmont Avenue
East Wenatchee, WA 98802
(509) 884-9541 ◆ FAX: (509) 884-4805