FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 28, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JANET MURPHY,<br><br>    Plaintiff,<br><br>    v.<br><br>HOBBY LOBBY STORES, INC., an Oklahoma corporation, d/b/a; and HOBBY LOBBY STORES, INC. STORE #0528,<br><br>    Defendants. | No. 2:21-CV-00090-SAB<br><br>**ORDER DISMISSING CASE** |

    Before the Court is the parties' Notice of Settlement and Stipulation and Order for Dismissal With Prejudice and Without Costs to Any Party, ECF No. 6. The parties stipulate and request the Court dismiss this matter with prejudice and without awarding either party attorney's fees or costs. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the joint wishes of the parties, the Court finds good cause to accept the stipulation, enter it into the record, and dismiss this case.

//
//
//
//
//
//
//
//

**ORDER DISMISSING CASE** # 1

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Notice of Settlement and Stipulation and Order for Dismissal With Prejudice and Without Costs to Any Party, ECF No. 6, is **accepted** and **entered into the record**.

2. This matter is **DISMISSED with prejudice** and without attorney's fees or costs to any party.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to file this Order, provide copies to counsel, and **close** the file.

**DATED** this 28th day of April 2021.



Stanley A. Bastian
United States District Judge

**ORDER DISMISSING CASE # 2**